TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

 JUDGMENT RENDERED June 11, 2019

 NO. 03-19-00183-CV

 Austin Specialty Foods, LLC, Appellant

 v.

 Community Brewing Co., LLC, Appellee

 APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
 BEFORE Chief Justice Rose, Justices Kelly and Smith
 DISMISSED ON JOINT MOTION -- OPINION BY Chief Justice Rose
 n

This is an appeal from the judgmenttrial court’s order issued on March 15,
2019. Appellant, Austin Specialty Foods, LLC and Appellee, Community
Brewing Co., LLC have filed a joint motion to dismiss the appeal, and
having considered the motion, the Court agrees that the motion should be
granted. Therefore, the Court grants the joint motion and dismisses the
appeal. Each party shall bear its own costs and attorneys’ fees relating
to this appeal, both in this Court and in the court below.